NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

NOV 23 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MIRIAM AVILES-BRITO, a.k.a. Mariam Aviles De Reyes, a.k.a. Miriam Aviles de Reyes, <br><br> Defendant - Appellant. | Nos. 15-10113 <br> 15-10129 <br><br> D.C. Nos. 4:14-cr-01049-JGZ <br> 4:12-cr-01611-JGZ <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted November 18, 2015[**]

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

In these consolidated appeals, Miriam Aviles-Brito appeals the 37-month

sentence imposed following her guilty-plea conviction for reentry of a removed

alien, in violation of 8 U.S.C. § 1326, and the consecutive four-month sentence

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aviles-Brito contends that the district court procedurally erred by failing to address her arguments for (1) a downward variance based on the nature and circumstances of the offense, and (2) a downward departure for cultural assimilation. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered Aviles-Brito's arguments and granted a two-level downward variance based on the 18 U.S.C. § 3553(a) factors. Contrary to Aviles-Brito's contention, the court was not required to explicitly address each of her arguments. *See Rita v. United States*, 551 U.S. 338, 358-59 (2007). Moreover, the district court did not abuse its discretion in imposing the aggregate below-Guidelines sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**